Alisa C. Lacey (AZ Bar #010571)
**OSBORN MALEDON P.A.**
2929 North Central Avenue
Suite 2100
Phoenix, Arizona 85012
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
E-Mail: bkecf@omlaw.com
*Attorneys for ABS School Services, L.L.C.*

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>SWEETWATER CHURCH OF THE VALLEY, INC. | Case No. 03-22427-PHX-GBN<br><br>Chapter 11 Proceedings<br><br>**NOTICE OF NON-CONSENT TO THE DEBTOR'S USE OF CASH COLLATERAL AND MOTION FOR TURNOVER OR SEQUESTRATION OF CASH COLLATERAL AND REQUEST FOR HEARING** |

ABS School Services ("ABS"), through counsel, hereby gives notice of its non-consent to the use by Sweetwater Church of the Valley, Inc. ("Sweetwater" or "Debtor"), the Debtor and Debtor-in-Possession herein, of any cash collateral which secures any indebtedness owing to ABS.

In addition, ABS requests entry of an Order requiring Sweetwater to turn over or sequester all cash collateral securing the indebtedness owing to ABS, and requiring Sweetwater to account for all cash collateral it receives in respect of the indebtedness owing to ABS.

In connection with this notice and motion, ABS represents as follows:

1. On or about December 29, 2003, Sweetwater filed a petition in bankruptcy thereby commencing the above-captioned Chapter 11 case ("Petition Date").

2. Sweetwater holds a fee simple interest in approximately ten acres of real property located at 14240 North 43rd Avenue in Glendale, Arizona, subject to the lien of ABS School Services LLC in first position ("Property"). Located upon the real property is a church and related buildings. The foregoing real property is legally described in the attached **Exhibit "A"** and incorporated by this reference.

3. ABS holds a valid, recorded and perfected first lien on all real and personal property interests which may be claimed by Sweetwater with respect to the real property, including, without limitation, valid, recorded and perfected liens on all rents, issues and profits owned and received by Sweetwater with respect to the Property.

4. Evidence of the indebtedness secured by the real and personal property and owing to ABS, and the security therefor, includes the following:

    a. Installment Promissory Note Secured by Deed of Trust ("Note") dated March 10, 2000, in the initial principal amount of $1,350,000.00, a true and correct copy of which is attached hereto as **Exhibit "B"** and incorporated by this reference;

    b. Deed of Trust and Assignment of Rents ("Deed of Trust") in favor of American Savings Life Insurance Company ("ASLIC"), predecessor in interest to ABS, dated March 10, 2000, and recorded in the Official Records of the Maricopa County Recorder on March 13, 2000, at #00-0188414, a true and correct copy of which is attached hereto as **Exhibit "C"** and incorporated by this reference;

    c. Chattel Security Agreement ("Chattel Agreement") in favor of ASLIC dated March 10, 2000, and recorded in the Official Records of the Maricopa

County Recorder on March 13, 2003, at #00-0188415, a true and correct copy of which is attached hereto as **Exhibit "D"** and incorporated by this reference; and

        d.    Assignment of Deed of Trust ("Assignment') from ASLIC to ABS dated June 10, 2002, recorded in the Official Records of the Maricopa County Recorder on June 12, 2002, at #02-0601930, a true and correct copy of which is attached hereto as **Exhibit "E"** and incorporated by this reference.

     5.    The loan was, and is, in default by reason of the failure to pay the unpaid principal, together with interest, charges, fees and costs due to ABS. Upon such defaults existing on and before September 26, 2003, ABS commenced foreclosure proceedings against the Property. A true and correct copy of the Notice of Trustee's Sale recorded in the Official Records of the Maricopa County Recorder's Office on September 26, 2003, at #2003-1356509 is attached hereto as **Exhibit "F"** and incorporated by this reference.

     6.    Sweetwater rents the Church during the week to Northwest Charter School ("School") pursuant to a lease.

     7.    Sweetwater also rents a gymnasium which is located on the property to the School.

     8.    Under the Note and Deed of Trust, all rents, issues, profits or other income received respecting the Church, including future leases and all rents, income and profits due and becoming due from such leases (including any damages recoverable by reason of a breach of any lease by any such tenant) serve as collateral for the indebtedness described above. Pursuant to 11 U.S.C. § 363, all rents, issues, profits or other income received by the Debtor or any other person with respect to the real property constitute cash collateral for the entire indebtedness owing to ABS. Further, to the extent applicable, this motion is also made pursuant to 11 U.S.C. § 546.

9. Sweetwater has been in default since at least September 26, 2003, and has been using cash collateral rents, issues, profits or other income from the real property both before and during the course of this bankruptcy proceeding with no accounting.

10. ABS has not and does not consent to the use of its cash collateral by Sweetwater. At this point, ABS is not aware of any order or pending request for an order authorizing Sweetwater to use any cash collateral rents, issues, profits or other income from the Property. Therefore, any use by Sweetwater of cash collateral rents, issues, profits or other income from the real property is strictly prohibited pursuant to 11 U.S.C. § 363(c)(2).

11. ABS has not been offered adequate protection or its interest in the Property and in any cash collateral rents, issues, profits or income generated by the Property.

WHEREFORE, ABS requests the Court enter its order as follows:

a. An order directing Sweetwater to turn over or sequester all cash collateral rents, issues, profits or other income generated by the Property;

b. An order requiring Sweetwater to account for any cash collateral rents, issues, profits or other income it has received from the Property from and after the Petition Date;

c. Setting a hearing on ABS' Notice of Non-Consent to the Debtor's Use of Cash Collateral and Motion for Turnover or Sequestration of Cash Collateral and Request for Hearing; and

d. Such other and further relief as the Court deems just and appropriate under the circumstances of this case.

DATED this 20th day of February 2004.

                                        ***ABS SCHOOL SERVICES, L.L.C.***

                                        /s/ A. Lacey (#010571)
                                        Alisa C. Lacey
                                        **OSBORN MALEDON P.A.**
                                        2929 N. Central Ave., #2100
                                        Phoenix, AZ 85012-2794

Copy of the foregoing sent this
20th day of February 2004, to:

Dennis J. Wortman, Esq.
Dennis J. Wortman, P.C.
2700 N. Central Ave., #850
Phoenix, AZ 85004
djwortman@azbar.org

Larry Watson, Esq.
Office of the U.S. Trustee
P.O. Box 36170
Phoenix, AZ 85067-6170
Larry.Watson@usdoj.gov


 /s/ Rebecca J. McGee, CLA

11722.0014 – 455573.1