IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

FILED APR 0 1 2004
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:  ) Chapter 11
 )
SWEET VALLEY CHURCH OF THE ) Case No. 2-03-bk-22427-ECF-GBN
VALLEY, INC., )
 ) ORDER GRANTING EX PARTE
 ) EMERGENCY REQUEST FOR HEARING
 ) REGARDING THE UNITED STATES
 ) TRUSTEE'S EXPEDITED MOTION TO
 ) APPOINT A CHAPTER 11 TRUSTEE
 ) FILED ON MARCH 31, 2004
 )
    Debtor.   )

Based upon the United States Trustee for the District of Arizona (the "UST's") request for an emergency hearing regarding the *Expedited Motion to Appoint a Chapter 11 Trustee* filed on March 31, 2004, as well her *Ex Parte Emergency Request for Hearing* filed on April 1, 2004 ("the Motions"), **THE COURT HEREBY ORDERS**:

A hearing regarding the UST's Motions in the above-referenced case shall be held on the 5th day of April, 2004 at 10:30 o'clock a.m., 2929 N. Central Avenue, 10th Floor, Courtroom No. 4, Phoenix, Arizona. Any interested party may attend and be heard on this matter. A copy of the Motion is on file and available for review with the Clerk, United States Bankruptcy Court.

The UST is hereby directed to immediately serve a copy of this Order on Debtor's counsel as well as those other parties listed below & file a Service Certificate.

ORDERED THIS 1st day of April, 2004.

The Honorable George B. Nielsen, Jr.
UNITED STATES BANKRUPTCY JUDGE

ABS School Services, L.L.C.
c/o Alisa C. Lacey
Osborn Maledon, P.A.
2929 N. Central Avenue, Suite 2100
Phoenix, AZ 85012
(602) 640-9330
(602) 664-2054 (fax)
aclacey@omlaw.com

| | |
|---|---|
| 1 | Bank One, NA<br>c/o Lisa S. Kass |
| 2 | Poli & Ball, P.L.C.<br>2999 N. 44th Street, Suite 500 |
| 3 | Phoenix, AZ 85018<br>(602) 840-1400 |
| 4 | (602) 840-4411 (fax)<br>kass@poliball.com |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

2