Philip G. Mitchell (No. 010374)
Craig J. Bolton (No. 010783)
**JENNINGS, HAUG & CUNNINGHAM, LLP**
2800 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-1049
602-234-7800
Facsimile: 602-277-5595

Attorneys for Mark A. Roberts, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SWEETWATER CHURCH OF THE VALLEY, INC.,<br><br>Debtor. | Chapter 11 Proceeding<br><br>Case No. 02-03-bk-22427-GBN<br><br>**TRUSTEE'S EX PARTE MOTION TO SET BAR DATE FOR FILING CLAIMS** |

MARK A. ROBERTS, Chapter 11 Trustee ("Trustee"), in this Chapter 11 case, hereby moves the Court to enter its Order Setting Bar Date With Respect To Claims. This Motion is supported by the attached and herein incorporated Memorandum of Points And Authorities.

### MEMORANDUM OF POINTS AND AUTHORITIES

I.  **Background Facts**

1. On or about December 29, 2003, Debtor filed its voluntary petition for bankruptcy relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. The Trustee was appointed to administer this case by order dated April 26, 2004. The Trustee exercises the powers of the Debtor-in-Possession pursuant to 11 U.S.C. §§ 1107 and 1108.

3. In the exercise of his duties to determine if and how the debtor estate can emerge from Chapter 11, the Trustee must examine reorganization within the

context of feasibility as required under 11 U.S.C. § 1129(a)(11). To do this the Trustee needs to identify the universe of claims that must be dealt with under a Plan of Reorganization. A bar date will facilitate the Trustee's examination of the estate and expedite an emergence from Chapter 11.

## II. Legal Argument

This Court has the power to "issue any order, process or judgment that is necessary or appropriate to carry out the provisions of [Title 11]" 11 U.S.C. § 105(a). Trustee respectfully submits that the establishment of a claims bar date in this case is an ordinary, customary and reasonable exercise of the Court's powers under §105(a) and is explicitly contemplated by Federal Bankruptcy Rule 3003(c)(3). *In re B.C. Enterprises, Ltd.*, 160 B.R. 827 (Bkrtcy.D.Ariz.,1993)(" Rule 3003 (c)(3), *Fed.Br.R.*, gives the court the responsibility for setting a bar date. Such date in Chapter 11 is set in a standard "Order and Notice of Hearing on Disclosure Statement and of Time Within Which to File Proofs of Claim." Within this district, it is set by *ex parte* motion of the plan proponent.")

The "cause" for setting of a bar date in this Chapter 11 case is that Trustee needs to evaluate all such claims well in advance of the formulation of its plan of reorganization and promptly resolve any disputes that may exist with respect to any of those claims.

## III. Conclusion And Prayer For Relief

For the reasons stated above, Trustee respectfully requests that the Court enter its Order providing that a bar date for the filing of proofs of claim shall be set herein sixty (60) days from the date of this Motion, or as of the close of business on Tuesday, July 20, 2004.

DATED this 20th day of May, 2004.

JENNINGS, HAUG & CUNNINGHAM, LLP

By _____
Philip G. Mitchell
Attorneys for Mark A. Roberts,
Chapter 11 Trustee

2

| | |
|---|---|
| 1 | |
| 2 | FILED electronically this 20th day of May, 2004. |
| 3 | |
| 4 | COPY of the foregoing mailed via first class mail, postage prepaid, this 20th day of May, 2004, to: |
| 5 | |
| 6 | Larry Watson, U.S. Trustee<br>Office of the United States Trustee<br>P.O. Box 36170 |
| 7 | Phoenix, AZ 85067-6170 |
| 8 | Dennis Wortman<br>Dennis J. Wortman, P.C. |
| 9 | 2700 N. Central Avenue, #850<br>Phoenix, AZ 85004 |
| 10 | Attorney for Debtor |
| 11 | J. Michael Tracy<br>Chairman of the Board of |
| 12 | Sweetwater Church of the Valley<br>14240 N. 43rd Avenue |
| 13 | Glendale, AZ 85306<br>Debtor |
| 14 | |
| 15 | James Cross, Esq.<br>Osborn & Maledon<br>Suite 2100 |
| 16 | 2929 N. Central Avenue<br>Phoenix, AZ 85012 |
| 17 | |
| 18 | /s/ Andrina Hughes |