IT IS SO ORDERED.

Dated: May 26, 2004

_____
**GEORGE B. NIELSEN, JR**
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>SWEETWATER CHURCH OF THE VALLEY, INC.,<br><br>Debtor. | In proceedings under Chapter 11<br><br>Case No. 2-03-bk-22427-GBN<br><br>**ORDER AUTHORIZING REJECTION OF VEHICLE RENTAL LEASE** |

This matter comes before the Court on a Motion for Authority to Reject Vehicle Rental Lease (the "Motion to Reject") filed by Sweetwater Church of the Valley, Inc. (the "Debtor").

Based on the pleadings filed and the Court being advised in the premises, the Court finds and concludes:

1. This Court has jurisdiction over the Motion to Reject pursuant to 28 U.S.C. §§ 157 and 1334(b).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This matter is a "core" proceeding as defined in 28 U.S.C. § 157(b)(2).

4. The statutory basis for the relief requested is 11 U.S.C. § 365(a).

5. Notice and opportunity for hearing have been provided as required by 11 U.S.C. § 102(a), Federal Rule of Bankruptcy Procedure 6006, and Local Rule of Bankruptcy Procedure 6006-1. No objections or requests for hearing on the Motion to Reject have been filed, timely or otherwise. Therefor,

**IT IS ORDERED** granting the Debtor's Motion for Authority to Reject Vehicle Rental Lease as filed May 6, 2004.

1     **IT IS FURTHER ORDERED** that rejection of the Ford Motor Credit Company motor vehicle lease for 2000 Lincoln Navigator, Vehicle ID #5LMEU27A7YL35984 is rejected effective May 1, 2004.

    **IT IS FURTHER ORDERED** that the rental company of the rejected leasehold shall have thirty (30) days from the date of service of this order to file with the estate their claims as may be allowed pursuant to 11 U.S.C. § 502(b)(6).

DATED this _____ day of May, 2004.



_____
THE HONORABLE GEORGE B. NIELSEN, JR.
JUDGE, U.S. BANKRUPTCY COURT