**IT IS SO ORDERED.**

1 | Philip G. Mitchell (No. 010374)     **Dated: March 14, 2005**
Craig J. Bolton (No. 010783)
2 | JENNINGS, HAUG & CUNNINGHAM, LLP
2800 N. Central Avenue, Suite 1800
3 | Phoenix, Arizona 85004-1049
602-234-7800
4 | Facsimile:  602-277-5595                  _____
pgm@jhc-law.com                                **GEORGE B. NIELSEN, JR**
5 |                                                       **U.S. Bankruptcy Judge**

Attorneys for Mark A. Roberts, Chapter 11 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceeding |
|---|---|
| SWEETWATER CHURCH OF THE VALLEY, INC. | Case No. 2-03-bk-22427-GBN |
| Debtor. | ORDER SUSTAINING TRUSTEE'S OBJECTION TO PROOF OF CLAIM FILED BY JOHN STEVENS |

This matter comes before the Court on the underlying Trustee's *First Omnibus Objection to Claims and Motion to (1) Disallow and Expunge Claims, or (2) Reduce Claims* filed by Mark A. Roberts, Chapter 11 Trustee (the "Trustee").  The Trustee's objection having been duly noticed in accordance with Federal Rule of Bankruptcy Procedure 3007 and Local Rule 3007-1(a), no responses or objections having been filed, and good cause appearing therefor,

IT IS ORDERED sustaining the Trustee's objection to Claim No. 4 filed by John Stevens, as a secured priority claim for pre-petition wages.

IT IS FURTHER ORDERED the Claim No. 4 filed by John Stevens be recharacterized as a priority wage claim in the amount of $4,925.000 and a general unsecured claim in the amount of $925.00.

SO ORDERED this _____ day of _____, 2005.

_____
The Honorable George B. Nielsen, Jr.
United States Bankruptcy Judge

3504-0004