**IT IS SO ORDERED.**

Philip G. Mitchell (No. 010374)
**JENNINGS, HAUG & CUNNINGHAM, LLP**
2800 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-1049
602-234-7800

Attorneys for Trustee Mark A. Roberts

Dated: May 23, 2005



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceeding |
| SWEETWATER CHURCH OF THE VALLEY, INC., | Case No.: 2:03-bk-22427-GBN |
| Debtor. | **ORDER REGARDING TRUSTEE'S OBJECTION TO REMAINING PROOF OF CLAIM OF VELTA FOSTER** |

The Court having received and considered the *Objection* of Chapter 11 Trustee, Mark A. Roberts to the Proof of Claim filed herein by Velta Foster ("Velta Foster"), the *Response In Opposition to Trustee's Objection* filed herein by Velta Foster, and the Trustee's *Reply* regarding Velta Foster's *Response*, and the Court having had hearing on this matter on May 10, 2005, and having heard and considered the arguments of counsel for the Trustee and Velta Foster at that hearing,

IT IS ORDERED, granting the Trustee's *Objection* in part and overruling that Objection in part without prejudice. Specifically:

IT IS ORDERED disallowing Part 1 of the Velta Foster claim, since that part of the Velta Foster claim seeks allowance of an unsecured nonpriority claim based on a $20,000.00 Promissory Note dated July 9, 1998, and such Promissory Note is, on its face, the personal obligation of Pastor Glenn A. Foster, not of Debtor, and

IT IS FURTHER ORDERED overruling the Trustee's Objection without prejudice as to the remaining $ 100,000.00 secured claim of Velta Foster, and

IT IS FURTHER ORDERED that the parties to this continuing contested matter may

seek discovery immediately, and

IT IS FURTHER ORDERED that a status hearing shall be held in this contested matter on June 24, 2005 at 9:15 a.m.

SO ORDERED this ____ day of May, 2005.



_____
The Honorable George B. Nielsen
United States Bankruptcy Judge

| | |
|---|---|
| 1 | COPY of the foregoing unexecuted form of Order lodged electronically |
| 2 | this 23rd day of May, 2005, with copies mailed this 23rd day of May, 2005, to: |
| 3 | |
| 4 | Larry Watson<br>Office of the United States Trustee<br>P.O. Box 36170 |
| 5 | Phoenix, AZ 85067-6170<br>*U.S. Trustee* |
| 6 | |
| 7 | Dennis Wortman, Esq.<br>Dennis J. Wortman, P.C.<br>2700 N. Central Avenue, #850 |
| 8 | Phoenix, AZ 85004<br>*Attorney for the Debtor* |
| 9 | |
| 10 | J. Michael Tracy<br>Chairman of the Board of<br>Sweetwater Church of the Valley |
| 11 | 14240 N. 43rd Avenue<br>Glendale, AZ 85306 |
| 12 | *Debtor* |
| 13 | Carlos M. Arboleda, Esq.<br>Arboleda Brechner |
| 14 | 4545 E. Shea Blvd, Suite 120<br>Phoenix, AZ 85028 |
| 15 | *Attorneys for Velta Foster* |
| 16 | James Cross, Esq.<br>Osborn Maledon, P.A. |
| 17 | 2929 N. Central Avenue, Suite 2100<br>Phoenix, AZ 85012 |
| 18 | *Secured Creditor ABS School Services, L.L.C.* |
| 19 | Lisa S. Kass, Esq.<br>Poli & Ball, PLC |
| 20 | 2999 N. 44th Street, Suite 500<br>Phoenix, AZ 85018 |
| 21 | *Attorney for Secured Creditor Bank One, NA* |
| 22 | |
| 23 | /s/Sheryl Higgins<br>3504/0004 |

GRANTED