Philip G. Mitchell (#010374)
**JENNINGS, HAUG & CUNNINGHAM, LLP**
2800 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-1049
Telephone:    602-234-7800
Facsimile:    602-277-5595
Email:        pgm@jhc-law.com

Attorneys for Mark A. Roberts, Post-Confirmation Agent

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceeding |
| SWEETWATER CHURCH OF THE VALLEY, INC., | Case No. 2:03-bk-22417-GBN |
| Debtor. | **MOTION FOR ORDER AUTHORIZING DESTRUCTION OF ESTATE DOCUMENTS** |

Mark A. Roberts, the Court appointed Post-Confirmation Liquidation Agent ("Roberts") for the post-confirmation bankruptcy estate of Sweetwater Church of the Valley, Inc., an Arizona non-profit corporation (the "Debtor"), hereby files his <u>Motion for Order Authorizing Destruction of Estate Documents</u>.  In support of this Motion, Roberts states:

1.    On December 29, 2003, the Debtor filed its Petition for bankruptcy relief under the provisions of Chapter 11 Title 11 of the United States Code.

2.    On April 26, 2004, the court entered its order authorizing and directing the appointment of Mark A. Roberts as Chapter 11 Trustee for the administration of the Debtor's bankruptcy estate.

3.    On April 7, 2005, Roberts filed his proposed Plan of Reorganization providing for, *inter alia*, the liquidation of all estate assets and distribution of the net proceeds in accordance with the provisions of 11 U.S.C. §726.

4.    On July 11, 2005, this Court entered its Order confirming Roberts' Plan of Reorganization.  Upon confirmation of the Plan, Roberts became the Post-Confirmation Agent for the estate.

5.      Since confirming the Plan of Reorganization, Roberts has, to the best of his ability, completed all litigation and disposed of all assets of the estate.

6.      Within the next sixty (60) days, Roberts intends to file his Application for a Case Closing Order authorizing the final distribution of all assets from the estate and terminating all further actions related to this estate.

7.      Roberts is in possession of significant books and records, including educational records on behalf of the estate.  The estate is incurring storage charges on a monthly basis for the maintenance and storage of these records.  Upon obtaining a Case Closing Order, neither Roberts nor the estate will have any further need for the maintenance of the books and records of the estate, nor will there be funds to pay the costs associated with the maintenance of these books and records.

8.      Pursuant to the Family Educational Right to Privacy Act ("FERPA"), Roberts, as the successor custodian to the educational books and records, by federal law, may not allow third parties access to educational records except as provided by law.

9.      The Debtor's bankruptcy estate is a liquidating estate, there is no going concern and to the best of Roberts' knowledge, there are no individuals with remaining obligations and liabilities to third parties under FERPA.

10.     Under all the circumstances, Roberts believes that it is in the best interests of this estate to destroy the books and records, including the educational records in possession of Roberts, eliminate the on-going and continuing expense to the estate of maintenance and storage of these records and allow distribution, without reserve, to all creditors as provided under the Code.

/ / /

/ / /

/ / /

/ / /

/ / /

1     WHEREFORE, Roberts respectfully requests that this Court enter its Order

2  authorizing Roberts to destroy all books and records of the Debtor's estate upon, or

3  shortly after, entry of an order of this Court closing this case.

4     DATED this 16th day of November, 2005.

5
                                         JENNINGS HAUG & CUNNINGHAM, LLP
6

7
                                         /s/ PGM (010374)
8                                        Philip G. Mitchell
                                         Attorneys for Post-Confirmation Agent
9  COPY of the foregoing filed ECF
   and copies sent via U.S. Mail this
10 16th day of November, 2005 to:

11 Larry Watson
   United States Trustee
12 230 N. First Avenue, Suite 204
   Phoenix, AZ  85003
13

14 Lisa S. Kass
   Poli & Ball, PLC
15 2999 N. 44th Street, Suite 500
   Phoenix, AZ  85018
16 Attorneys for Bank One

17 Barbara L. Caldwell
   Maricopa County Treasurer
18 1440 E. Missouri Ave., Suite 125
   Phoenix, AZ  85014
19

20 Alan M. Levinsky
   4600 E. Shea Blvd., Suite 100
   Phoenix, AZ  85028
21 Attorneys for Ford Motor Credit

22 Michael W. Anglin
   Fulbright & Jaworski
23 2200 Ross Ave., Suite 2800
   Dallas, TX  75201-2784
24 Attorneys for ABS School Services

25

26 /s/ Mary Lynn Barry
   3504-4
27

28